In the Matter of ABRAHAM KARP, an Attorney, Appellant; THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK et al., Respondents.

In the Matter of EMANUEL A. BUSCH, an Attorney, Appellant; THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK et al., Respondents.

(Argued December 4, 1934; decided December 31, 1934.)

*I. Maurice Wormser* and *Ralph O. L. Fay* for appellants.
*Samuel Seabury, Einar Chrystie, George Trosk* and *George R. Adams* for respondents.

In each proceeding, order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.